In the Matter of the Claim of MARGARET SULLIVAN, Respondent, against H. D. TAYLOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANDREW MORRIS, Respondent, against NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— By consent of counsel, award is modified by reducing the compensation rate from seven dollars and seventy cents to seven dollars and thirty-nine cents per week, and as so modified the award is unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM EAGAN, Respondent, against ELMIRA ICE CREAM DIVISION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JACK ANDERSON, Respondent, against WILLIAM ANGUS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM EDWARDS, Respondent, against MARYLAND CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. —Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to make an award in conformity with the opinions in *Matter of Carolan v. Hoe & Co.* (225 App. Div. 393); *Matter of Schaefer v. Buffalo Steel Car Co.* (250 N. Y. 507). Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of JAMES DRACTOS, Respondent, against FIFTH AVENUE FRUIT SHOP and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PHILIP RYAN, Respondent, against T. P. McLOUGHLIN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ERWIN H. ORR, Respondent, against LEO FREUDENHEIM, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was not in the service of an employer engaged in one of the employments covered by the Workmen's Compensation Law (Workmen's Compensation Law, § 2, subds. 3 and 4; Id. § 3; *Goldberger v. Goldberger*, 200 App. Div. 190); and on the further ground that claimant was an independent contractor, (*Adel v. Rubin*, 210 App. Div. 499; *Matter of Beach v. Velzy*, 238 N. Y. 100; *Ball v. Estate of Bertelle*, 201 App. Div. 768.) Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., concurs on the first ground stated.